Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
SDNY PRO SE OFFICE

2023 JUN 29  PM 3: 48

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

Manhattan Division

Ulyse Lugo

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

The State of New York, Warden Jane
Doe, Lt. John Doe, Lt. John Doe, Acting
Captin John Doe, Mcc Medical Staff

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          Ulyse Lugo

All other names by which

you have been known:

ID Number                     Essex County ID# 237037145

Current Institution           Essex County Corr. Facility

Address                       354 Doremus Avenue

                              Newark              N.J.        07105
                                   *City*              *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          John/Jane Doe

Job or Title *(if known)*     M.C.C medical Staff

Shield Number                 Unknown

Employer                      Unknown

Address                       Unknown

                                   *City*              *State*      *Zip Code*
                              ☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name                          John/Jane Doe

Job or Title *(if known)*     The State of New York

Shield Number                 Unknown

Employer                      Unknown

Address                       Unknown

                                   *City*              *State*      *Zip Code*
                              ☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

John/Jane Doe
Acting Captin/warden
Unknown
Unknown
Unknown

| City | State | Zip Code |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

John/Jane Doe
Acting Lt.
Unknown
Unknown
Unknown

| City | State | Zip Code |

☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? I, Ulyse Lugo, was denied my constitutional right to a safe enviornment otherwise known as care, custody, & control. I was also denied my constitutional right to proper medical attention otherwise known as medical negligence.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Warden jane doe, Lt. John doe, Lt. John doe, Captin john doe, Violated my right to a safe enviornment by placing me in a housing area without making sure I wasnt placed in the vicinty of a possible keep seperated. They also denied & deprived me proper medical attention by denying me outside medical clearence. Medical staff workers of mcc. also denied me proper medical attention otherwise know as medical negligence, by not properly caring to my wounds.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]    Pretrial detainee

[ ]    Civilly committed detainee

[ ]    Immigration detainee

[ ]    Convicted and sentenced state prisoner

[ ]    Convicted and sentenced federal prisoner

[ ]    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On October 22, 2020 at approximately 9:00pm within the Metropolitan Corr. Center, Housing area 7south, I, Ulyse Lugo was involved in a physical altercation. Following said altercation I was brought down to medical where I was told that I had sustained a 3 to 4 inch laceration across my left jaw lining & neck area. I was then denied & deprived outside medical clearence by acting Captin john doe. Then the M.C.C. medical staff denied me proper medical attention within the institution at medical.

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

The exact day I sustained the laceration was October 22, 2020 at approximately 9:00pm. The days I was denied proper medical attention were also on October 22, 2020 at approximately 9:30pm, but my denial of proper medical attention extended all the way to October 26, 2020, at approximately 12:00pm

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fact #1: I, Ulyse Lugo, sustained a laceration, Fact #2 I was denied outside medical clearence by the acting captin on said date. Fact #3 I, Ulyse Lugo, was denied & deprived proper medical attention by M.C.C. medical staff. Fact #4 I Ulyse Lugo was housed in the S.H.U. on said date of the altercation for exactly four days before I was brought down to medical for "proper treatment" to the still open wound & when brought down to medical instead of the doctor stitching up the entire wound he stitched up only half of it & left the other half with glue.

V.      **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Ulyse Lugo sustained a 3 to 4 inch Laceration that was not stitched up but rather glued & taped together [To deep of a wound for such treatment]. I Ulyse Lugo was denied outside medical clearence, Throughout the time that I was housed in the S.H.U. I constantly asked to be brought down to medical so I can be seen by the doctor for proper treatment to my wound but was denied on numerous occassions by Federal officals without reason.

VI.     **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I request that all parties involued are to be penalized for any & all wrongful doing on there behalf, to the full extent. I also request to be compensated 9 million dollars for the truamatic & negligent experinces that I was forced to endure while in custody of the B.O.P.. Since said altercation my P.T.S.D, Anxiety & Insomnia has big heightend & changed me as a person not only mentally but also physically. I will never be or feel the same.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*M.C.C. - Metropolitan Corr. Center Federal Bureau of Prisons*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed the grievance at M.C.C. while housed in a south & contiued to file while housed in 11 north

2.    What did you claim in your grievance?

I briefly remember but if I recall correctly I stated that I was denied proper medical attention amogest other things.

3.    What was the result, if any?

I was denied the ability to move forward with my grievance because the Federal facility officials did not respond to my grievance in a timely manner.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Once denied I took it upon myself to start the process over again but I was then notified that without a Federal facility officials response I would be incapable of moving forward with the Grievance Process due to the chain of command or in other words following proper channels. I was then transfered out of the facility

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3.    Docket or index number

       _____

    4.    Name of Judge assigned to your case

       _____

    5.    Approximate date of filing lawsuit

       _____

    6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *June 4th 2023*

Signature of Plaintiff  *Ulysse Lugo*

Printed Name of Plaintiff  *Ulysse Lugo*

Prison Identification #  *Essex County # 237037145*

Prison Address  *354 Doremus Avenue*
*Newark            N.J.    07105*
                 *City*              *State*    *Zip Code*

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number  _____

E-mail Address  _____

Page 11 of 11

ORIGIN ID:SXYA          (212) 202-2600
KATIE RENZLER
SHER TREMONTE LLP
90 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004
UNITED STATES US

SHIP DATE: 28JUN23
ACTWGT: 0.50 LB
CAD: 110424647/INET4535

BILL SENDER

TO   **ATTN: PRO SE INTAKE UNIT**

**40 FOLEY SQ**
**ROOM 105**
**NEW YORK NY 10007**
(212) 202-2600            REF: 90111.001
INV:
PO:                              DEPT:




FedEx Express

**THU - 29 JUN 10:30A**
**PRIORITY OVERNIGHT**

TRK#  **7725 9216 7750**
0201

**10007**

**E3 PCTA**          NY-US  **EWR**

