USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULYSE LUGO,

          Plaintiff,

-against-

THE STATE OF NEW YORK ET AL.,

          Defendants.

23-CV-5602 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2023, the Court's Order at Dkt. 10 was returned as undeliverable to Ulyse Lugo ("Plaintiff");

WHEREAS Plaintiff's mailing address is listed on the docket as Ulyse Lugo, 87980-054, U.S.P. Canaan, 3057 Eric J. Williams Memorial Drive, PO Box 300, Waymart, PA 18472; and

WHEREAS the correct mailing address for Plaintiff is Ulyse Lugo, 87980-054, U.S.P. Canaan, U.S. Penitentiary, P.O. Box 300, Waymart, PA 18472;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to revise Plaintiff's mailing address as follows: Ulyse Lugo, 87980-054, U.S.P. Canaan, U.S. Penitentiary, P.O. Box 300, Waymart, PA 18472.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to send the undelivered Order at Dkt. 10 to Plaintiff's corrected address and to note the mailing on the docket.

**SO ORDERED.**

**Date: January 2, 2024**
**New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**