UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**ULYSE LUGO,**

                         **Plaintiff,**                      **23-CV-5602**

         **-against-**                                   **ORDER**

**THE STATE OF NEW YORK et al.,**

                         **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The Court is in receipt of Mr. Lugo's letter dated February 11, 2024. ECF No. 21. In that letter, Mr. Lugo has requested that the Court produce all paperwork and documents regarding this case because he lost all the documents in a flood. Id.

      Records Management is hereby directed to send Mr. Lugo all documents filed to date in this case, free of charge. The documents should be sent to the following address:

      **Ulyse Lugo**
      **87980-054**
      **U.S.P. Canaan**
      **U.S. Penitentiary**
      **P.O. Box 300**
      **Waymart, PA 18472**

      **SO ORDERED.**

DATED:     February 29, 2024
                New York, New York

                                                              VALERIE FIGUEREDO
                                                             United States Magistrate Judge