# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ulise Lugo
_____

_____

Write the full name of each plaintiff.

See Attached (1)

-against-

Federal Bureau of Prisons, Warden Martha
Licon Vitale, Deputy Captain Tanya
Healey BOP15149, Lt. Judith Woods BOP 34211,
Lt. Mariaca Rice, Joseph Columbia RN, BOP61079

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

23 CV 08808 LTS

(Include case number if one has been
assigned)

**AMENDED**
## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

District Judge:
Valerie E. Caproni

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.



Rev. 5/20/16

Attachment (1)

Defendants

Name of Defendant                          Badge Number

- Yoon Kang, PA                           BOP 80459

- Rachel Sabattura, RN

- Metropolitan Correctional Center's Medical entity: Bureau of Prisons Health Services

- Robert Beaudoin, MD

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Ulyse _____   _____   Liod _____
First Name              Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

87980-054-Pen#
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

U.S.P. Canaan
Current Place of Detention

3057 Eric J. Williams Memorial Drive P.O. Box 300
Institutional Address

Waymart, _____   P.A. _____   18472
County, City            State            Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION



See Attached(1)

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:     Martha                    Vitale
                 First Name                Last Name                    Shield #

                 Current Job Title (or other identifying information)

                 Current Work Address

                 County, City                      State              Zip Code

Defendant 2:     James                     Healey                       BOP15189
                 First Name                Last Name                    Shield #

                 Captain
                 Current Job Title (or other identifying information)

                 Current Work Address

                 County, City                      State              Zip Code

Defendant 3:     Judith                    Wands                        BOP 34811
                 First Name                Last Name                    Shield #

                 Lt
                 Current Job Title (or other identifying information)

                 Current Work Address

                 County, City                      State              Zip Code

Defendant 4:     Marqua                    Price
                 First Name                Last Name                    Shield #

                 Current Job Title (or other identifying information)

                 Current Work Address

                 County, City                      State              Zip Code

IV. Defendant Information       Attached

Defendant 5: Joseph Columbo       610711
                    First Name   Last Name   shield#
                    Registered Nurse
                    Current Job Title

Defendant 6: Yoon Kang       611121
                    First Name   Last Name   shield#
                    Physician Assistant
                    Current Job Title

Defendant 7: Montel Solomon
                    First Name   Last Name
                    Registered Nurse
                    Job Title

Defendant 8: Federal Bureau of Prisons

Defendant 9: Metropolitan Correctional
Center's Medical facility BOP Health Service

Defendant 10: Robert E. Beaudouin
                    First Name   Last Name
                    Medical Director
                    Job Title

*See Attached(s)*

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: FBOP M.C.C. Manhattan, New York

Date(s) of occurrence: October 22nd, 2020, October 26th, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On October 22nd, 2020, I, Ulysee Lino, sustained a 5 inch laceration during a physical altercation. Upon medical examination, Rachel Sabatura (RN), used dermabond and steristrips to close the wound, rather than administering sutures. In light of the medical records in reference to said incident Rachel Sabatura, also intermittently named me *nurse* Lindh, which proves medical negligence. During the improper attention I was subjected to Lt. Rice and Lt. Woods continuously bashed me with questions in regards to who cut me and how. When I refused to answer they became irate and started to call me a "dumb ass" for refusing to help them. Before Rachel Sabatura began to tend to my laceration I asked Lt. Rice and Lt. Woods, if I was going to the hospital and they stated that "the oncoming Captin denied me outside medical clearance" for reasons unknown to me. Allowing me to be sent to the hospital would've prevented my wound from being treated and tended to with carelessness.

Page 4



## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.



## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.



Attachment (1)   V. Statement of Claim

away about the skin with a small open wound underneath - Dermabond was required - and not infected - evaluated by Clinical Director who advised suturing with assistance of PA Kanu wound was irrigated - Lidocaine were placed - Dermabond re-applied in fact to the medical records all sutures placed to prevent an - extended Antibiotics x 7 days. There advised above that in wound was indeed irrigated. Clinical Director advised SUTURES to be placed on only part of the wound which further allowed healing aid. Medical Director Robert Beaudoin MD corrected these Medical documents in light of the medications taken by his co-workers. Antibiotics were prescribed b/c infection was evident. On October 23, 2020 PA Kanu came to my cell to examine the wound and during examination I explained that the wound was still bleeding. In turn PA Kanu disregarded my pleas for assistance and explained that I had to wait for the doctor to come in on Monday.

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Feb. 05th, 2024
_____
Dated

Ulica Lugo
_____
Plaintiff's Signature

Ulise
_____
First Name

_____
Middle Initial

Lugo
_____
Last Name

U.S.P. Canon U.S. Penitentary P.O.Box 300
_____
Prison Address

Walmart
_____
County, City

P.A
_____
State

18473
_____
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 3/1/24



Ulise Lupo 87480-0643 S.H.U.
USP Canaan
P.O. Box 300
Waymart, PA
18472

RECEIVED
APR 8 2024
PRO SE OFFICE

7008 1830 0000 3605 2579

USMp.
SDNY

Pro Se Intake Unit
500 Pearl Street,
Room 200, New York, N.Y.
10007

Legal Mail

7008 1830 0000 3605 2579