UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**ULYSE LUGO,**

                              **Plaintiff,**                      **23-CV-5602 (VEC) (VF)**

                **-against-**                                  **ORDER**

**MARTHA VITALE et al.,**

                              **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A motion to dismiss was filed on December 18, 2024 (see ECF No. 28), and Plaintiff was served on January 6, 2025. See ECF No. 32. Plaintiff has not filed an opposition to the motion. Plaintiff is directed to file a response to the motion by **Tuesday, April 1, 2025**. A failure to respond by Plaintiff will result in the motion being decided based solely on Defendants' submissions.

      SO ORDERED.

Dated:   March 11, 2025
             New York, New York

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge

## SERVICE ADDRESS FOR DEFENDANTS

1. Irene Chan, Staff Attorney, CLC New York, 80 29th St. Brooklyn, NY, 11232