**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ULYSE LUGO,

                    Plaintiff,

-against-                                23 **CIVIL** 5602 (VEC)(VF)

                                              **JUDGMENT**

FEDERAL BUREAU OF PRISONS, et al.,

                    Defendants.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2025, the Court ADOPTS the Amended R&R in full. Accordingly, Defendants' motion to dismiss is GRANTED. To the extent Plaintiff intended to raise claims pursuant to the FTCA, those claims are DISMISSED WITHOUT PREJUDICE. To the extent Plaintiff intended to raise claims pursuant to Bivens, those claims are DISMISSED WITH PREJUDICE. Because neither party objected to the Amended R&R, and because the Amended R&R expressly warned that the failure timely to object would result in the waiver of any such objections, see Am. R&R at 34, appellate review of this decision is precluded. See Fed. R. Civ. P. 72(b) advisory committee's note; Caidor v. Onondaga Cnty., 517 F.3d 601, 604-05 (2d Cir. 2008).

**Dated:** New York, New York

       August 19, 2025

                                                          **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                     **BY:**

                                                            **Deputy Clerk**